UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOE B. WITHERSPOON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:11-0345 |
| v. | ) Judge Haynes/Bryant |
| | ) |
| DEERE & COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, June 13, 2011, at 9:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to June 13, 2011.

It is so **ORDERED.**

JOHN S. BRYANT
United States Magistrate Judge